STATE of Missouri, Respondent,

v.

Charles BALLARD, Appellant.

Charles BALLARD, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 49436, WD 51515.

Missouri Court of Appeals,
Western District.

May 21, 1996.

Rosalynn Koch, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Philip M. Koppe, Assistant Attorney General, Kansas City, for respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

1. Unless otherwise noted, all statutory references are to RSMo 1994.

## ORDER

PER CURIAM:

Charles E. Ballard appeals his criminal conviction by a jury for the unlawful use of a weapon, § 571.030,[1] and the subsequent denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. Ballard was sentenced to a term of five years as a prior and persistent offender under § 558.016.

Judgment affirmed. Rules 30.25(b) and 84.16(b).